646

*sistant Attorney General Wideman,* and *Messrs. Charles Bunn, James W. Morris,* and *Samuel Nesbit Evins* for respondents.

No. 953. UNITY SCHOOL OF CHRISTIANITY (WOQ) *v.* FEDERAL RADIO COMM'N ET AL. May 21, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. George E. Strong* and *Rush L. Holland* for petitioner. *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Messrs. M. S. Huberman, Andrew W. Bennett,* and *George B. Porter* for respondents.

No. 957. DUNCAN *v.* UNITED STATES. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Mark L. Herron* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 966. McNAIR, RECEIVER, *v.* CARCABA ET AL. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Kenneth I. McKay* and *Maynard Ramsey* for petitioner. *Mr. George C. Bedell* for respondents.

No. 970. NEW YORK CENTRAL R. Co. *v.* JERRELL. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Noel S. Symons* for petitioner. *Mr. Frank Gibbons* for respondent.